JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDREW KO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EVA AIRWAYS CORPORATION, a Taiwan corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV 11-5995-GW(MRWx)<br><br>JUDGMENT |

The Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) of defendant EVA Airways Corporation came on regularly for hearing on February 23, 2012, in the above-entitled Court, the Honorable George Wu, presiding.

After consideration of the papers submitted by the parties, arguments of counsel and all other papers on file in this action, the Court granted the motion in favor of EVA Airways Corporation.

/ /

/ /

/ /

1     IT IS HEREBY ORDERED AND ADJUGED that this action be dismissed
2 on its merits, that judgment be entered in favor of defendant EVA Airways
3 Corporation and that EVA Airways Corporation may recover its costs.
4 IT IS SO ORDERED.

6 DATED: March 15, 2012

                      HONORABLE GEORGE H. WU
                      UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE
STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO**

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On March 15, 2012, I served the document(s) described as:

**JUDGMENT [PROPOSED]**

on the parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 15, 2012, at San Francisco, California.

_____
Patricia Inabnet

654668v1

-3-
JUDGMENT [PROPOSED]

SERVICE LIST

Eric L. Webb, Esq. (SBN 192532)
Brian G. Beecher, Esq. (SBN 239486)
Webb & Beecher
6253 Hollywood Boulevard, Suite 203
Los Angeles, California 90028
Tel: (323) 462-3736
Fax: (323) 462-3732
E-Mail: ewebb@elwlaw.com

Attorneys for Plaintiff
ANDREW KO